UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA,          )
                                   )
            vs.                    )   CAUSE NO. 3:07-CR-135 (1) RM
                                   )
JUSTIN LAVON AVILA                 )

<u>ORDER</u>

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on January 8, 2008 [Doc. No. 17]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Justin Lavon Avila's plea of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the Information, in violation of 18 U.S.C. § 924(c).

SO ORDERED.

ENTERED:   January 28, 2008

_____/s/ Robert L. Miller, Jr._____
Chief Judge
United States District Court